**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2116**

———————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ABDEL MUSEN FATTAH,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:08-cv-02710-CMC)

———————

Submitted:  June 15, 2009   Decided:  September 4, 2009

———————

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Sandra Lynn Greene, York, Pennsylvania, for Appellant.  Barbara Murcier Bowens, Kevin Frank McDonald, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdel Musen Fattah appeals a district court order denying his motion to compel the Government to comply with a consent order. During the district court proceedings, Fattah was held at the Columbia Care Center under the authority of the Immigration and Customs Enforcement Division ("ICE") of the Department of Homeland Security. The consent order in this case concerned Fattah's medical and psychological care while at the Columbia Care Center. Fattah has since been transferred back to state custody and is presently incarcerated at the Pennsylvania State Correctional Institution at Rockview.

Because Fattah has sued only for injunctive relief, and because he is no longer under ICE's supervision, this appeal is moot. See Rendelman v. Rouse, 569 F.3d 182, 184 (4th Cir. 2009); Doe v. Kidd, 501 F.3d 348, 354 (4th Cir. 2007), cert. denied, 128 S. Ct. 1483 (2008); Mellen v. Bunting, 327 F.3d 355 (4th Cir. 2003). Accordingly, we dismiss the appeal. We also deny as moot Fattah's pending pro se motions, including the motion to stay, the supplemental motion to stay and the pro se motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2